**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Southern _____  District of  Florida _____
                                    (State)

Case number (*If known*): _____  Chapter _____

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| **Part 1:** | **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed** |
| --- | --- |

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒  Chapter 7
   ☐  Chapter 11

| **Part 2:** | **Identify the Debtor** |
| --- | --- |

2. **Debtor's name**

   G&C Investment Corp. _____

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   6  5 _ 1  1  0  1  7  8  3
   EIN

5. **Debtor's address**

   **Principal place of business**

   1200 Brickell Avenue
   _____
   Number        Street

   18th Floor
   _____

   Miami                          FL        33131
   _____
   City                      State    ZIP Code

   Miami-Dade
   _____
   County

   **Mailing address, if different**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City              State    ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor    G&C Investment Corp.                                          Case number (if known)_____
          Name

---

6.  **Debtor's website** (URL)    www.gcinvestmentcorp.com _____

---

7.  **Type of debtor**

    ☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐  Partnership (excluding  LLP)
    ☐  Other type of debtor. Specify: _____

---

8.  **Type of debtor's business**

    *Check one:*

    ☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐  Railroad (as defined in 11 U.S.C. § 101(44))
    ☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒  None of the types of business listed.
    ☐  Unknown type of business.

---

9.  **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

    ☒  No

    ☐  Yes. Debtor _____    Relationship _____

    District _____  Date filed _____   Case number, if known_____
                                                      MM / DD / YYYY


    Debtor _____    Relationship _____

    District _____  Date filed _____   Case number, if known_____
                                                      MM / DD / YYYY

---

## Part 3:    Report About the Case

---

10. **Venue**

    *Check one:*

    ☒  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐  A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    ☒  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐  Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☒  No

    ☐  Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

| Debtor | G&C Investment Corp. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **13. Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | VTC Energy, LLC | | $ 425,137.50 |
| | See Attachment "A" | | $ 2,039,063 |
| | | | $ |
| | | Total of petitioners' claims | $ 2,464,200.50 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| | |
| Name and mailing address of petitioner | |
| VTC Energy, LLC | Patrick Mosley |
| Name | Printed name |
| 2 Crow Hollow Rd | Hill, Ward, & Henderson, PA |
| Number    Street | Firm name, if any |
| Chapel Hill        NC        27514-5412 | 101 E. Kennedy Blvd. #3700 |
| City        State        ZIP Code | Number    Street |
| | Tampa        FL        33602 |
| | City        State        ZIP Code |
| Name and mailing address of petitioner's representative, if any | |
| Robert F. Dalton | Contact phone  813-222-8507    Email patrick.mosley@hwhlaw.com |
| Name | |
| 2 Crow Hollow Rd | Bar number  33735 |
| Number    Street | |
| Chapel Hill        NC        27514-5412 | State  FL |
| City        State        ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/08/2017
          MM / DD / YYYY

X _____ Principal
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  08/08/2017
          MM / DD / YYYY

Debtor    <u>G&C Investment Corp.</u>           Case number (*if known*)_____
             Name

**Name and mailing address of petitioner**

<u>  See Attachment "A"  </u>
Name

_____
Number    Street

_____
City          State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City      State     ZIP Code

Contact phone _____ Email _____

Bar number   _____

State        _____

✖ _____
Signature of attorney

Date signed _____
         MM  / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City      State     ZIP Code

Contact phone _____ Email _____

Bar number   _____

State        _____

✖ _____
Signature of attorney

Date signed _____
         MM  / DD / YYYY

## ATTACHMENT "A"

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br><br>1.  Uwe Bollman<br>    Ludwiug-Hellmeyer-Strasse 9, D-89312<br>    Guenzburg, Germany<br>    Amount of Claim: $404,663.00<br><br>2.  Exland Sp.z.o.o, Robert Kalzua<br>    Ul. Harcerska 6, 40-738<br>    Katowice, Poland<br>    Amount of Claim: $407,850.00<br><br>3.  Richard Feiesinger<br>    Reitherstrasse 14, A-6353<br>    Hoing, Austria<br>    Amount of Claim: $407,850.00<br><br>4.  Kargart Sp.z.o.o, Zbigniew Klawinski<br>    Ul Tadeuza Kosciuszki 16A, 67-200<br>    Glogow, Poland<br>    Amount of Claim: $410,850.00<br><br>5.  Dominique E. Verhaegen<br>    Rue du Presbytere 21. B-6900<br>    Hargimont, Belgium<br>    Amount of Claim: $407,850.00<br><br>Total Amount of Claims:  $2,039,063<br><br>**Name and mailing address of petitioners' representative, if any**<br><br>Otto F. Eichner<br>Richard-Wagner-Strasse 57, D-78224<br>Singen, Germany<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  *09 / 08 / 2017*<br>           MM / DD / YYYY<br><br>X _____ *Consultant*<br>Signature of petitioner or representative,<br>including representative's title | **N/A** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

G&C Investment Corp.                                    Case No.:
                                                        Chapter 7

      Debtors,

_____/


## CORPORATE OWNERSHIP STATEMENT OF
## PETITIONING CREDITOR, VTC ENERGY, LLC

This corporate ownership statement is being made in accordance with Fed. R. Bankr. P.

7007.1 by VTC Energy, LLC, a North Carolina Limited Liability Company:

VTC Energy, LLC, is a wholly owned subsidiary of Vintage Oil and Gas, LLC, a North

Carolina limited liability company, with its principal place of business in Fort Worth Texas.

Vintage's members are Robert F. Dalton, a North Carolina resident, Robert R. Dalton, a Texas

resident, and Logan Terry, a Montana resident.

**DATED:** August, 10, 2017

                                      Respectfully submitted,

                                      _____
                                      Patrick Mosley
                                      Florida Bar No. 33735
                                      Hill, Ward & Henderson, P.A.
                                      101 East Kennedy Boulevard
                                      Bank of America Plaza, Suite 3700
                                      Tampa, Florida 33602
                                      Telephone:  (813) 221-3900
                                      Facsimile:  (813) 221-2900
                                      *Attorneys for VTC Energy, LLC*