UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

G&C INVESTMENT CORP.,                      Case No. 17-20150-LMI
                                           Chapter 7
      Debtor.
_____/

**TRUSTEE'S MOTION TO COMPEL DOCUMENT
PRODUCTION FROM ESTRATEGIA INVESTIMENTOS U.S.A., INC.**

Marcia T. Dunn, as Chapter 7 Trustee (the "Trustee") of the above-captioned bankruptcy estate, by and through undersigned counsel, pursuant to S.D.Fla.L.R. 2004-1, Fed.R.Bank.P. 2004 and Fed.R.Civ.P. 34, 37 and 45, made applicable by Fed.R.Bank.P. 7034, 7037 and 9016, hereby moves to compel ESTRATEGIA INVESTIMENTOS U.S.A., INC. ("EIUSA") to produce documents requested pursuant to the Trustee's Rule 2004 Examination *Duces Tecum*, and in support thereof, states as follows:

**BACKGROUND**

1. On August 10, 2017 (the "Petition Date"), the Petitioning Creditors VTC Energy, LLC, Uwe Bollman, Robert Kalzua, Richard Feiesinger, Zbigniew Klawinski, Dominique E. Verhaegen (the "Petitioning Creditors"), commenced this case by filing an involuntary petition under Chapter 7 of the United States Code.

2. On December 20, 2017, Marcia T. Dunn was appointed Chapter 7 Trustee of the Debtor's estate [D.E. 11].

3. On January 18, 2018, the Trustee filed and served a *Subpoena for Notice of Rule 2004 Examination Duces Tecum (Document Production Only)* of EIUSA (the "Rule 2004 Subpoena") [D.E. 32], requesting EIUSA to produce documents on or before February 1, 2018.

4. On or about February 2, 2018, Trustee's counsel received the signed Return Receipt Card (the "Card") from EIUSA. A copy of the Card is attached hereto and incorporated herein as ***Exhibit "A"***.

5. As of the filing of this Motion, the requested documents have not been produced by EIUSA, and there have been no objections or protective motions filed by the EIUSA.

6. As of the date of this Motion, EIUSA has failed to provide any documents responsive to the Rule 2004 Subpoena or otherwise comply with Fed.R.Civ.P. 34(b)(2), made applicable by Fed.R.Bank.P. 7034.

**ARGUMENT**

7. Local Rule 2004-1(B) provides that request for production of documents may be construed as request under Bankruptcy Rule 7034.

8. Pursuant to Fed.R.Civ.P. 37, made applicable by Fed.R.Bank.P. 7037, a party seeking discovery may move for an order compelling production if a party fails to produce documents as requested under Rule 34 or provides an evasive or incomplete response. Fed.R.Civ.P. 37(a)(3)(B)(iv) and (a)(4).

9. Pursuant to Fed.R.Civ.P. 37(a)(1), undersigned counsel certifies that prior to the filing of this Motion she made an effort to confer with EIUSA regarding the outstanding discovery issues described herein but was unable to resolve the matter without Court action.

10. Accordingly, the Trustee respectfully seeks entry of an Order compelling EIUSA to immediately produce all requested documents and information responsive to the Trustee's Rule 2004 Exam *duces tecum*.

**WHEREFORE**, for the reasons set forth herein, the Chapter 7 Trustee, Marcia T. Dunn, respectfully requests this Court enter an Order: (i) compelling EIUSA Bank to immediately

produce all documents and information responsive to the Trustee's Rule 2004 Exam *duces tecum*, (2) awarding the Trustee's counsel's attorney's fees and costs in connection with this Motion pursuant to Fed.R.Civ.P. 37; and (3) granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
555 N.E. 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
Email: michael.dunn@dunnlawpa.com

By:    /s/  Michael P. Dunn
       Michael P. Dunn, Esq.
       Fla. Bar No. 100705

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on May 15, 2018, upon the Debtor and to:

| | |
|---|---|
| ESTRATEGIA INVESTIMENTOS U.S.A., INC.<br>c/o Pablo Antoniazzi, Director<br>2828 Coral Way, Ste. 309<br>Miami, FL 33145 | ESTRATEGIA INVESTIMENTOS U.S.A., INC.<br>c/o A1A Registered Agent Inc.<br>5647 110th Avenue North<br>Royal Palm Beach, FL 33411 |

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on May 15, 2018, upon all registered users in this case, including:

- Marcia T Dunn    mdunn@dunnlawpa.com, mdunn@ecf.epiqsystems.com;acastro@dunnlawpa.com;rbasnueva@dunnlawpa.com;slebron@dunnlawpa.com
- Patrick M Mosley    pmosley@hwhlaw.com, telam@hwhlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com

By:    /s/  Michael P. Dunn
       Michael P. Dunn, Esq.
       Fla. Bar No. 100705