UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

G&C INVESTMENT CORP.                                    Case No. 17-20150-BKC-LMI

    Debtors.                                                          Chapter 7
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel in these proceedings on behalf of interested party Estrategia Investimentos USA, Inc. All parties are requested to take notice of said appearance and, in accordance with Fed. R. Bankr. P. 2002, to serve copies of any and all pleadings and court papers of any kind or nature filed in these proceedings upon said counsel, addressed as follows:

**Andrew R. Herron, Esq.**
**Herron Ortiz PA**
**255 Alhambra Circle, Suite 1060**
**Coral Gables, Florida 33134**
**aherron@herronortiz.com**

Date: June 14, 2018

                              Respectfully submitted:

                              Herron Ortiz
                              Attorneys for Estrategia Investimentos USA
                              255 Alhambra Circle, Suite 1060
                              Coral Gables, Florida 33134
                              Tel: (305) 779-8100
                              Fax: (305) 779-8104

                              By:    /s/ Andrew R. Herron
                                      Andrew R. Herron
                                      Florida Bar No.: 861560
                                      aherron@herronortiz.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was served via notice of electronic filing to all parties entitled to notice thereof this 14th day of June, 2018.

                                              /s/ Andrew R. Herron
                                                Andrew R. Herron